UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BARNHART,

    Plaintiff,                                      Case No. 1:53-cv-627

v                                               HON. JANET T. NEFF

NATIONSTAR MORTGAGE, LLC,
*et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is DISMISSED with prejudice.

Date: February  4 , 2016

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge