FILED - LN
February 26, 2016 1:45 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / SCANNED BY: /2/26/16

# United States District Court for the Western District of Michigan

Michael Barnhart

**Plaintiff,**

vs.

CASE NO. 1:15-cv-627

Nationstar Mortgage, LLC, and Does 1-10

**Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that **Michael Barnhart**, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from **Final Judgment** ☑
(the final judgment) (from an
**Dismissing Case w/ Prejudice** entered in this action on the **4th** day of
order (describing it))
**February**, **2016**.

*/s/ Michael E Barnhart*

Address:
424 East Main St.
Potterville, Michigan 48876

cc: Opposing Counsel  **X**
    Court of Appeals   **X**

6CA-3
1/99

**Certificate of Service**

I hereby certify that on February 26, 2016, I served the foregoing described as: **Notice of Appeal** on all parties to this action by sending a true and correct copy thereof via United States First Class Mail as follows:

**Maddin, Hauser, Roth & Heller, P.C.**
**Attorneys for Defendant Nationstar**
**28400 Northwestern Highway, 2nd Floor**
**Southfield, MI 48034**
**(248)354-4030**

By First Class Mail:
As follows: By placing a true copy thereof enclosed in sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is date is more than one day after the date of deposit for mailing in affidavit.

Executed on February 26, 2016

I declare under penalty of perjury under the laws of the State of Michigan that the above is true and correct.

KAREN J. ALLEN
Printed Name

*Karen J. Allen*
Signature