## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 21, 2016

Mr. Thomas Dorwin
U.S. District Court for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

    Re: Case No. 16-1244, *Michael Barnhart v. Nationstar Mortgage, LLC, et al*
        Originating Case No. : 1:15-cv-00627

Dear Mr. Dorwin:

    Enclosed is a copy of the mandate filed in this case.

                      Sincerely yours,

                      s/Leon T. Korotko
                      Case Manager
                      Direct Dial No. 513-564-7014

cc:  Mr. Michael Barnhart
     Mr. Martin S. Frenkel
     Mr. Mark E. Plaza

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 16-1244

_____

Filed: November 21, 2016

MICHAEL BARNHART

      Plaintiff - Appellant

v.

NATIONSTAR MORTGAGE LLC; UNKNOWN PARTIES, named as Does 1-10, inclusive

      Defendants - Appellees

MANDATE

  Pursuant to the court's disposition that was filed 10/28/2016 the mandate for this case hereby issues today.

COSTS:  None